United States District Court
Southern District of Texas
**ENTERED**
June 07, 2018
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Criminal No. **1:18-072** |
| **Favian Anthony Vega** § | |

### ORDER

BE IT REMEMBERED on this 7th day of June, 2018, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **May 17, 2018,** wherein the defendant **Favian Anthony Vega** waived appearance before this Court and appeared before the United States Magistrate Judge **Ignacio Torteya, III** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Favian Anthony Vega** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted.  The Court finds the Defendant **Favian Anthony Vega guilty of the offense of having knowledge of the actual commission of a felony cognizable by the court of the United States, to wit, visa fraud in violation of 18 United States Code Section 1546(a) committed by Marco Pesquera and Norma Linda Vega, to conceal the same by making false statements to Marisella Valenzuela, a Special Agent with Homeland Security Investigations and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4, as charged in the Criminal Information.**

SIGNED this 7th day of June, 2018.

_____
Rolando Olvera
United States District Judge