PROB22
(12/2016)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*):<br>1:18CR00072-001 | | |
|---|---|---|---|
| | DOCKET NUMBER (*Rec. Court*):<br>2:20CR20091 | | |
| NAME AND ADDRESS OF SUPERVISED PERSON:<br>**Vega, Favian Anthony** | DISTRICT: SOUTHERN TEXAS | DIVISION:<br>BROWNSVILLE | |
| | NAME OF SENTENCING JUDGE:<br>ROLANDO OLVERA | | |
| | DATES OF PROBATION | From:<br>**01/22/2020** | To:<br>**01/21/2021** |

OFFENSE:

Misprision of a Felony, in violation of 18 U.S.C. § 4

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, Brownsville Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern** District of **Michigan** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 12, 2020                                       /s/ Rolando Olvera
Date                                                    United States District Judge
                                                        Rolando Olvera

*

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Eastern District of Michigan:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 18, 2020                                       s/Sean F. Cox
Effective Date                                          United States District Judge