**UNITED STATES DISTRICT COURT**

SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE DIVISION

**DAVID J. BRADLEY**
CLERK OF COURT

600 E. HARRISON STREET
BROWNSVILLE, TX  78520-7114
956-548-2500

March 2, 2020

United States District Court for the Eastern District of Michigan/Clerk's Office
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 599
Detroit, MI 48226

Re:   Our Case No.: 1:18CR72-01 USA vs. Favian Anthony Vega
      Your Case No. 2:20CR20091

Dear Clerk of Court:

Enclosed is a certified copy of the order transferring the above referenced case to your district.  The case file can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Texas at:

**ecf.txsd.uscourts.gov**

Please acknowledge receipt of these documents by signing the receipt below, indicating your case number and returning it to us in the enclosed envelope.

Very truly yours,

David J. Bradley, Clerk


By: /s/ Dahlila Rodriguez
Deputy Clerk

/dr
Enclosure

Please complete and return acknowledgment to this office.

Filed under Docket No. : _____

Received On: _____

By: _____